

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2018

No. 04-17-00822-CR

Robert **MARTINEZ**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 307125
Honorable John Longoria, Judge Presiding

# O R D E R

Appellant Robert Martinez Jr. asserts he was wrongfully convicted of Driving While Intoxicated in Bexar County Court at Law No. 5. The limited record we have for trial court cause number 307125 shows Appellant was indicted on April 17, 1983—more than thirty-four years ago. The criminal court docket indicates the trial court's record was destroyed.

On December 1, 2017, Appellant filed a motion for leave to file a late notice of appeal.

A timely notice of appeal is necessary to invoke a court of appeals' jurisdiction. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). Absent a timely motion for new trial, a defendant's notice of appeal is timely filed if it is filed within thirty days after (1) the day sentence is imposed or suspended in open court, or (2) the day the trial court enters an appealable order. *See* TEX. R. APP. P. 26.2; *Olivo*, 918 S.W.2d at 522.

Appellant's notice of appeal was due sometime in the early 1980s—more than thirty years ago. *See* TEX. R. APP. P. 26.2(a)(1). Given the limited record before this court, it appears that Appellant's December 1, 2017 motion for leave to file a late notice of appeal was filed decades too late. *See* TEX. R. APP. P. 26.2(a)(1), 26.3.

A late notice of appeal may be considered timely and invoke a court of appeals' jurisdiction if it meets the following requirements:

(1) it is filed within fifteen days of the last day allowed for filing,

(2) a motion for extension of time is filed in the court of appeals within fifteen days of the last day allowed for filing the notice of appeal, and

(3) the court of appeals grants the motion for extension of time.

*Olivo*, 918 S.W.2d at 522; *see also Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991).

We ORDER Appellant to show cause in writing within TWENTY DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See Olivo*, 918 S.W.2d at 522; *Ater*, 802 S.W.2d at 243.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court